IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-3442 |
| | : | |
| v. | : | |
| | : | |
| BRIAN S. JONES, INTERNAL REVENUE SERVICE, WILLIAM M. PAUL, BRUCE K. MENEELY, NANCY B. ROMANO, HARRY J. NEGRO, DOUGLAS H. SHULMAN, MARK W. EVERSON, CHARLES O. ROSSOTTI, JOHN KOSKINEN, DAVID J. KAUTTER, R.B. SIMMONS, and MICHAEL WRIGHT, All in their Official and Individual Capacities, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 21st day of September, 2018, after considering the application for leave to proceed *in forma pauperis* and proposed complaint filed by the *pro se* plaintiff, Edward Thomas Kennedy (Doc. Nos. 1, 2); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application for leave to proceed *in forma pauperis* (Doc. No. 1) is **GRANTED** and the plaintiff has leave to proceed *in forma pauperis*;

2. The complaint (Doc. No. 2) is **DEEMED** filed;

3. The complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction;

4. The plaintiff has leave to file an amended complaint within thirty (30) days of the date of this order in the event that he can set forth allegations supporting a claim within this

court's jurisdiction. Any amended complaint must identify the defendants in the caption in addition to the body of the complaint, and shall state the basis for the plaintiff's claims against each defendant. Upon the filing of an amended complaint, the clerk of court shall not make service until so ordered by the court;

     5.     The clerk of court is **DIRECTED** to provide the plaintiff with a blank copy of this court's standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. The plaintiff may use this form to file his amended complaint; and

     6.     If the plaintiff fails to timely file an amended complaint as directed in paragraph 4 of this order, the court may dismiss this case for failure to prosecute without further notice to him.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.