IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY, :
:
                 Plaintiff, : CIVIL ACTION NO. 18-3442
:
v. :
:
COMMONWEALTH OF :
PENNSYLVANIA, UNITED STATES :
DEPARTMENT OF THE TREASURY, :
OFFICE OF TREASURER OF THE :
UNITED STATES, UNITED STATES :
POSTAL SERVICE, INTERNAL :
REVENUE SERVICE, DAVID JOHN :
KAUTTER, BRIAN S. JONES, WILLIAM :
M. PAUL, BRUCE K. MENEELY, :
NANCY B. ROMANO, HARRY J. :
NEGRO, R. B. SIMMONS, MICHAEL :
WRIGHT, STEVEN TERNER MNUCHIN, :
JOVITA CARRANZA, MEGAN :
BRENNAN, and THOMAS MARSHALL, :
all persons in their official and individual :
capacities, :
:
                 Defendants. :

## ORDER

**AND NOW**, this 14th day of November, 2018, for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

    1. The amended complaint (Doc. No. 10) is **DISMISSED** as follows: (a) any claims seeking review of Tax Court proceedings are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; (b) the plaintiff's federal claims are **DISMISSED WITH PREJUDICE**; (c) the plaintiff's claim that the defendants have failed to provide a republican form of government is **DISMISSED WITHOUT PREJUDICE**; and (d) the plaintiff's state-law tort claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction;

2. The plaintiff may not file an amended complaint in this matter; and

3. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.