IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff,

No. 5: 18-cv-3442

v.

COMMONWEALTH OF
PENNSYLVANIA, et al.,
    Defendants.

## OBJECTION

TAKE JUDICIAL COGNIZANCE

    Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record Objects to the document titled "Order" filed 11/14/2018, signed by Edward G. Smith for it violates the Law of the Case.

Date: November 20, 2018, County of Lehigh, Pennsylvania.

*[signature]* seal
Edward Thomas Kennedy [MBA]
401 Tillage Road
Breinigsville, PA 18031
Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2018 that I filed a copy of the above OBJECTION with the Clerk of Court at this US District Court at 504 W Hamilton St., Allentown, PA 18101 by US regular mail.

                                                 _T+ Tl lc_1_ (Seal)
                                                 Edward Thomas Kennedy

Date: November 20, 2018